# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 1217

VERSUS

JAMES INGRAM                                    **FEBRUARY 01, 2021**

---

In Re:    James Ingram, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, Nos.
          527887, 527888.

---

**BEFORE:    THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED.**

                         **MRT**
                         **EW**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT